1  **STEVEN J. ROTHANS – State Bar No. 106579**
   **KATRINA J. VALENCIA – State Bar No. 230931**
2  **CARPENTER, ROTHANS & DUMONT LLP**
   **500 South Grand Avenue, 19th Floor**
3  **Los Angeles, CA 90071**
   **(213) 228-0400; (213) 228-0401 [Fax]**
4  **srothans@crdlaw.com; kvalencia@crdlaw.com**

5  Attorneys for Defendants City of Pomona, a public entity;
   Officer Luis Jimenez and Officer Austin Chavez, public employees
6

7

8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10

11 JOEL GARCIA,                        )  Case No. 2:23-cv-06262-KK-SSC
                                       )
12                                     )  U.S. District Court Judge Kenly Kiya
                                       )  Kato
13              Plaintiff,             )
                                       )  **ORDER RE STIPULATION TO**
14                                     )  **DISMISS WITH PREJUDICE**
                                       )  **ENTIRE ACTION**
15      vs.                            )
                                       )
16                                     )
                                       )
17 CITY OF POMONA; and DOES 1          )
   through 10, inclusive,              )
18                                     )
                                       )
19                                     )
                Defendants.            )
20                                     )
                                       )
21 _____    )

22

23                      **ORDER**

24      AFTER GOOD CAUSE BEING SHOWN:

25      IT IS HEREBY ORDERED that the above-entitled mater is dismissed in its

26 entirety as to all Defendants with prejudice, pursuant to Fed. R.Civ. P. 41(a)(1).  All

27 / / /

28 / / /

                                       1

1  parties waive any right to seek any costs and attorney's fees.  (JS-6)

2      IT IS SO ORDERED.

3  DATED:  January 17, 2025

4  _____

5  Honorable Kenly Kiya Kato
   United States District Court Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER RE STIPULATION TO DISMISS WITH PREJUDICE ENTIRE ACTION